ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
Program Litigation 1 | Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4822
E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENARD THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:26-cv-05276-EGC<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF; ORDER**<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from November 30, 2026 to December 30, 2026. This is Defendant's first request for an extension of time to respond to Plaintiff's brief. Defendant respectfully requests this additional time because undersigned counsel is taking unanticipated leave to attend a family funeral.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before December 30, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before January 13, 2027).

Respectfully submitted,

DATE: November 13, 2026

/s/ *Michelle Jordana Shvarts**
MICHELLE JORDANA SHVARTS
Attorney for Plaintiff
(* approved via email on 11/13/26)

ERIC GRANT
United States Attorney

DATE: November 13, 2026

By *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 17), IT IS SO ORDERED that Defendant shall have an extension, up to and including December 30, 2026, to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Scheduling Order, (Doc. 8), are enlarged accordingly.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE